UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNE SMITH,

    Plaintiff,

vs.                                                  CASE NO.:

GUARDIAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, JOANNE SMITH, ("Smith"), by and through the undersigned attorney, and sues the Defendant, GUARDIAN LIFE INSURANCE COMPANY ("Guardian") and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2. This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3. ERISA provides for nationwide service of process. 29 U.S.C. §1132(e)(2).

4. This Court has venue pursuant to 29 U.S.C. §1132(e)(2). In particular, in ERISA actions, venue is proper where a defendant resides or may be found. Here, Guardian can be found in the state of Florida as well as in the county

of Hillsborough. It is an authorized insurer in the state of Florida and has agents in Hillsborough County, Florida. See Exhibit "A" attached hereto.

5. Smith is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

6. Smith was an employee of Burke Distributing Co., LLC ("Burke" or "Employer") and as such she was insured through both a group disability insurance policy and a group life insurance policy issued to Burke by Guardian.

7. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plan providing long term disability ("LTD") benefits in the event of disability ("LTD Plan") and the employee welfare benefit plan providing a waiver of life insurance premiums ("LWOP") benefit under the applicable life insurance policy ("Life Insurance Plan") in the event of disability.

8. The "Plans" are welfare benefit plans established under ERISA to provide LTD benefits and LWOP benefits to those participants who satisfy the terms and conditions of the Plans to receive such benefits.

9. Copies of the applicable Plan documents for the LTD Plan and the Life Insurance Plan are in the possession of Guardian.

10. Guardian is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plans.

11. Guardian denied and/or terminated Smith's claims finding that she was not disabled under the terms of the Plans. Guardian's last denial letter relating to both the LTD claim and the LWOP claim is dated July 12, 2022.

12. With respect to the claims made herein, Smith has exhausted her administrative remedies and/or exhaustion has been excused or is waived.

## COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Smith incorporates the allegations contained in paragraphs 1 through 12 above, and further states:

13. The LTD Plan provides for the payment of LTD benefits in the event Smith became disabled as defined in the LTD Plan. The Life Insurance Plan provided for LWOP benefits in the event of disability as defined by the Life Insurance Plan. Both Plans also provided for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

14. Smith was and is disabled as defined by the LTD Plan and the Life Insurance Plan at all times material hereto.

15. Smith made a claim for LTD benefits and LWOP benefits. Said claims for benefits were terminated or denied.

16. Smith is entitled to LTD benefits and LWOP benefits.

17. Guardian has failed and refused to pay Smith sums due pursuant to the terms of the Plans, breaching the terms of said Plans.

18. Because of the failure to pay benefits pursuant to the terms of the Plans, Smith has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. Smith is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, plaintiff, Smith, prays for relief from defendant, Guardian, for the payment of LTD benefits under the LTD Plan, LWOP benefits under the Life Insurance Plan, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date: September 22, 2022

                                            */s/Gregory D. Swartwood*
                                       Gregory D. Swartwood, Esquire
                                       Florida Bar No. 858625
                                       The Nation Law Firm, LLP
                                       570 Crown Oak Centre Drive
                                       Longwood, FL  32750
                                       Telephone:  (407) 339-1104
                                       Facsimile:  (407) 339-1118
                                       E-Mail:  gswartwood@nationlaw.com
                                       Attorneys for Plaintiff